# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL AKIL BEY,
Petitioner,
vs.
DISTRICT COURTS; AND SMALL
CLAIMS COURT,
Respondents.

No. 72474

FILED

MAY 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on March 1, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A Brown

cc: Michael Akil Bey